No. 98–8432. BOUIE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8437. TRAFT *v.* AMERICAN THRESHOLD INDUSTRIES, INC. C. A. 4th Cir. Certiorari denied.

No. 98–8438. ABIDEKUN *v.* MARY IMOGENE BASSETT HOSPITAL. C. A. 2d Cir. Certiorari denied.

No. 98–8444. PATMON *v.* OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 98–8445. PORTER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–8446. PEREZ *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 98–8450. GAUNCE *v.* DEVINCENTIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–8451. GRANDISON *v.* MARYLAND. Cir. Ct. Somerset County, Md. Certiorari denied.

No. 98–8454. GREENE *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 98–8477. GILLARD *v.* OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 98–8479. LYLE *v.* BRAZIL. C. A. 6th Cir. Certiorari denied.

No. 98–8481. LA TOURETTE *v.* SUPREME COURT OF NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 98–8483. CARR *v.* HUN ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8488. BOBO *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.